

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 14, 2018

**VIA ECF**
Honorable William H. Pauley
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    <u>Natural Resources Defense Council v. Pruitt</u>, 18 Civ. 613 (WHP)

Dear Judge Pauley:

    This Office represents defendant Scott Pruitt, in his official capacity as Administrator of the United States Environmental Protection Agency (the "Government") in the above-referenced action commenced by plaintiff Natural Resources Defense Council, Inc. ("NRDC") under the Administrative Procedure Act. I write respectfully to request an adjournment of the initial conference scheduled on March 20, 2018, at 5:00 p.m.

    The adjournment is requested because the March 20 conference date precedes the Government's March 30, 2018 deadline to answer or respond to NRDC's complaint. At this time, the Government anticipates filing a pre-motion conference letter on or before March 30, 2018, as required by Your Honor's Individual Practices. Accordingly, the parties believe that the March 20 initial conference should be adjourned to April 11, 12, 13, 16, or to some other date in April that is convenient for the Court and the parties, and converted to a pre-motion conference after the Government has filed its pre-motion conference letter and NRDC has had an opportunity to respond. This is the Government's first request for an adjournment of the initial conference. NRDC's counsel consents to this request.

    We thank the Court for its consideration of this request.

                                       Respectfully submitted,

                                       GEOFFREY S. BERMAN
                                     United States Attorney

               By:     */s/ Tomoko Onozawa*
                         TOMOKO ONOZAWA
                         Assistant United States Attorney
                         Tel: (212) 637-2721
                         Fax: (212) 637-2686

cc:    **<u>Via ECF</u>**
        Mitchell Bernard, Esq.
        Thomas Zimpleman, Esq.
        *Counsel for Plaintiff Natural Resources Defense Council, Inc.*