UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

NATURAL RESOURCES DEFENSE : 
COUNCIL, INC., :
 :
                  Plaintiff, :           18cv613
 :
             -against- :          <u>SCHEDULING ORDER</u>
 :
SCOTT PRUITT, in his official capacity as : 
Administrator of the United States :
Environmental Protection Agency, :
 :
             Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties having appeared for an initial pre-trial conference and pre-motion

conference on April 25, 2018, the following schedule is entered on consent:

(1) Defendant shall file the administrative record in accord with this Court's on-the-record instruction by May 23, 2018;

(2) Plaintiff and Defendant shall file their respective motions for summary judgment and to dismiss by June 8, 2018;

(3) The parties shall file any opposition papers by July 11, 2018;

(4) The parties shall file any reply briefs by July 23, 2018; and

(5) The parties shall appear for oral argument on August 9, 2018 at 11:30 a.m.

Dated: April 25, 2018
      New York, New York


                          SO ORDERED:


                         _____
                          WILLIAM H. PAULEY III
                          U.S.D.J.